445 A.2d 218

Evans v. City of Philadelphia, Appellant.
Petition for Allowance of Appeal Denied July 1, 1982.

Argued February 2, 1982.
Tyler Ewell Wren, Deputy City Solicitor, for appellant; Joseph F. Ricchiuti, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.